AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LADONNA NICOLE GRAY

## WARRANT FOR ARREST

CASE NUMBER:

06 - 48 8 - M - 02

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>LADONNA NICOLE GRAY</u>

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

# FILED

### DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) §§ 1029 (a)(5) and 2.

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer     ALAN KAY  U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Title of Issuing Officer

NOV 27 2006

Date and Location     District of Columbia

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED  12/01/06 | NAME AND TITLE OF ARRESTING OFFICER  D.L. BALDWIN  SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  12/01/06 | | |